IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ROBERT DEAN ASBELL, JR.**                                      **PLAINTIFF**

V.                         **CASE NO. 2:25-CV-2034**

**DEPUTY WHITE,**
Crawford County Justice Center ("CCJC");
and **CORPORAL BEYERLE**                            **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 15) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A for failure to state a plausible claim over which this Court has jurisdiction. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g) and thus, **the Clerk is directed to place a § 1915(g) strike flag on the case** for future judicial consideration.

**IT IS SO ORDERED** on this 12th day of September, 2025.

                                                      */s/ Timothy L. Brooks*
                                                       TIMOTHY L. BROOKS
                                                       UNITED STATES DISTRICT JUDGE